Opinion approved by the court.

**Hannie BLAYLOCK, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27456.**

Court of Criminal Appeals of Texas.

March 2, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful transportation of beer and wine in a dry area; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.